USDC

Massachusetts.                                         Clerk's Office
                                                       Boston

Petition
_____

of John Igo.

Citizen's petition in the Public Interest.

Petitioner: John Igo
25 Staniford St.
Boston, MA 02114

FILED IN CLERKS OFFICE
2019 FEB -8 PM 3: 40
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE:   Department of Transitional Assistance
         Executive Office of Health and Human
Service
         Commonwealth of Massachusetts
         One Ashburton Place
         Boston MA    02108

USDC
Massachusetts.                                     Clerk's office
                                                    Boston

# Petition

of John Igo

petitioning in re Massachusetts Department of Transitional Assistance (DTA) for order to

## Show Cause

The US Department of Agriculture, Boston Branch, states the monthly "food stamp" deposit for the several states is $194.00/month. The DTA states since 2012 it's $192.00 month. Petitioner receives $192.00 month, says all "beneficiaries" receive $192.00 month (some fraction of 6.5 million people of Massachusetts). Petitioner says their claim that because of the US gov't shutdown they called every telephone

' O'Neill Building, 10 Causeway St., Boston

person with an Electronic Benefit Card ("EBT"), and notified every person that a "second" "payment" would be "loaded" on the EBT debit cards" is not credible, because they do not have the staff to call all EBT cardholders, saying because of second January "payment", there is no FEBRUARY Payment, — No "payment" until MARCH, assuming no further problems in D.C.; petitioner further questions have persons ("citizens", St. and F.) been told to stay away from DTA, not to complain of lack of "payment", not to complain of poor notice process, NO notice of NO FEBRUARY "payment." Please order show cause.

John Igo
25 Staniford St 3fl.
Boston MA 02114